UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Maria DesMarais, | Civil File No. 05-1832 (RHK/FLN) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Providian Corporation, d/b/a Providian National Bank, | |
| Defendant. | |

---

Based on the stipulation of counsel filed herein (Doc. No. 7), it is hereby

**ORDERED** that the above-captioned lawsuit is hereby dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  November 29, 2005

                                              sRichard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge